IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**DAVID BEAN,**
**MICHAEL HARRIS,** and
**JOSHUA THORPE,**           Case No. 14-cv-12536
                             Hon. THOMAS L. LUDINGTON

        Plaintiffs,

v.

**DOUG & MATTHEW HOME**
**REMODELING, LLC,** and
**DOUG WOODRING,**

        Defendants.

---

| | |
|---|---|
| **GOLD STAR LAW, P.C.** | **PETER ALBERTINS (P48886)** |
| **Caitlin E. Malhiot (P76606)** | Attorney for Defendants |
| **David A. Hardesty (P38609)** | 30773 Milford Rd., Ste. 117 |
| Attorneys for Plaintiffs | New Hudson, MI 48165 |
| 2701 Troy Center Dr., Ste. 400 | (248) 207-4308 |
| Troy, MI 48084 | *pralbertins@live.com* |
| (248) 275-5200 | |
| *cmalhiot@goldstarlaw.com* | |
| *dhardesty@goldstarlaw.com* | |

---

## **PLAINTIFFS PRETRIAL DISCLOSURES**

      Pursuant to FRCP 26(a)(3), Plaintiffs, David Bean, Michael Harris, and Joshua Thorpe, make the following disclosures:

**I.    Witnesses**

      Plaintiffs intend to call the following potential witnesses to testify:

        A.    Plaintiff, David Bean, who can be contacted through Plaintiff's counsel;

1

      B.    Plaintiff, Michael Harris, who can be contacted through Plaintiff's counsel;

      C.    Plaintiff, Joshua Thorpe, who can be contacted through Plaintiff's counsel;

      D.    Doug Woodring, who, upon information and belief, can be contacted through Defendant's counsel;

Plaintiffs may call the following potential witnesses to testify:

      A.    Charity Bonenberger, who, upon information and belief, can be contacted through Defendant's counsel;

      B.    Aaron Miculka, who, upon information and belief, can be contacted through Defendant's counsel;

      C.    Paul Schwartz, who, upon information and belief, can be contacted through Defendant's counsel; and

      D.    Plaintiffs may also call rebuttal witnesses as necessary.

## II.    Documents

Plaintiffs intend to offer the following documents as evidence:

      A.    Plaintiffs' check stubs, as provided by Defendants to Plaintiffs in the course of discovery.

Plaintiffs may offer additional documents as necessary for the purposes of refreshing the memory of a witness, rebuttal, cross-examination, and/or impeachment.

Respectfully submitted,

**GOLD STAR LAW, P.C.**

  */s/ Caitlin E. Malhiot*
**Caitlin E. Malhiot (P76606)**
**David A. Hardesty (P38609)**
Attorneys for Plaintiff
2701 Troy Center Dr., Ste. 400
Troy, MI 48084
(248) 275-5200

Dated: June 19, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I electronically filed the foregoing document with the Clerk of the Court sending notification of such filing to all counsel registered electronically.

  */s/ Shelley Eckelberry*
**GOLD STAR LAW, P.C.**
