⁂AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

____EASTERN____ DISTRICT OF ____MICHIGAN____

BEAN, HARRIS & THORPE

V.

DOUG & MATTHEW HOME, et. al.

**EXHIBIT AND WITNESS LIST**

Case Number: 14-cv-12536

| PRESIDING JUDGE THOMAS L. LUDINGTON | PLAINTIFF'S ATTORNEY GOLD STAR LAW, P.C. | DEFENDANT'S ATTORNEY KIM A. HIGGS |
|---|---|---|
| TRIAL DATE(S) SEPTEMBER 15, 2015 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Payroll checks for David Bean |
| | | | | | Payroll checks for Michael Harris |
| | | | | | Payroll checks for Joshua Thorpe |
| | | | | | 2012 1099 form for Joshua Thorpe |
| | | | | | 2013 1099 form for Joshau Thorpe |
| | | | | | 2014 1099 form for Joshua Thorpe |
| | | | | | Vendor QuickReport check register for Joshua Thorpe |
| | | | | | Vendor QuickReport check register for Michael Harris |
| | | | | | Vendor Quick Report check register for David Bean |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages